# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 19-5094**                                        **September Term, 2019**
FILED ON: FEBRUARY 14, 2020

CHARLES GRESHAM, ET AL.,
                          APPELLEES

v.

ALEX MICHAEL AZAR, II, SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
SERVICES IN HIS OFFICIAL CAPACITY, ET AL.,
                          APPELLANTS

STATE OF ARKANSAS,
                          APPELLEE

---

Consolidated with 19-5096

---

Appeals from the United States District Court
for the District of Columbia
(No. 1:18-cv-01900)

---

Before: PILLARD, *Circuit Judge*, and EDWARDS and SENTELLE, *Senior Circuit Judges*

**J U D G M E N T**

These causes came on to be heard on the record on appeal from the United States District
Court for the District of Columbia and were argued by counsel.  On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these
causes be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/

Daniel J. Reidy
Deputy Clerk

Date: February 14, 2020

Opinion for the court filed by Senior Circuit Judge Sentelle.