# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 18, 2022

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

Re:    Xavier Becerra, Secretary of Health and Human Services, et al.
v. Charles Gresham, et al.
No. 20-37
(Your No. 19-5094, 19-5096; 19-5293, 19-5295)

**AND**

Arkansas
v. Charles Gresham, et al.
No. 20-38
(Your No. 19-5094, 19-5096)

Dear Clerk:

The Court today entered the following order in the above-entitled cases:

The motion to vacate the judgments is granted.  The judgment of the United States Court of Appeals for the District of Columbia Circuit in Nos. 19-5094 and 19-5096 is vacated, and the cases are remanded to that court with instructions to direct the District Court to vacate its judgment and dismiss the case as moot.  See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).  The judgment of the United States Court of Appeals for the District of Columbia Circuit in Nos. 19-5293 and 19-5295 is vacated, and the cases are remanded to that court with instructions to direct the District Court to remand to the Secretary of Health and Human Services.

The judgments or mandates of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

**Scott S. Harris**, Clerk